```
                    IN THE UNITED STATES DISTRICT COURT
                    FOR THE SOUTHERN DISTRICT OF TEXAS
                           CORPUS CHRISTI DIVISION
```

MANTI OPERATING COMPANY,           §
                                   §
    Plaintiff,                     §
                                   §
v.                                 §   Civil Action No. C-05-177
                                   §
DANOS & CUROLE MARINE              §
CONTRACTORS, L.L.C.,               §
                                   §
    Defendant.                     §

## ORDER OF REMAND

On this day came on to be considered the "Agreed Stipulation of the Parties," wherein Plaintiff agreed not to seek damages in excess of $75,000, and Defendant agreed not to oppose Plaintiff's Motion to Remand and to withdraw its previously-filed Notice of Removal. Based upon this agreement between the parties, Plaintiff's Motion to Remand is GRANTED, and this action is hereby REMANDED pursuant to 28 U.S.C. § 1447(c) to the 117th Judicial District Court of Nueces County, Texas, where it was originally filed and assigned Cause Number 05-1024-B.

SIGNED and ENTERED this 29th day of July, 2005.

_____
Janis Graham Jack
United States District Judge